# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA

| | | |
|---|---|---|
| ROSARIO CUEVAS, | ) | Case No. CV 07-3562 JVS(JC) |
| Petitioner, | ) | (PROPOSED) JUDGMENT |
| v. | ) | |
| J.F. SALAZAR, | ) | |
| Respondent. | ) | |

Pursuant to this Court's Order Adopting Findings, Conclusions and Recommendations of United States Magistrate Judge,

IT IS ADJUDGED that the Petition for Writ of Habeas Corpus is denied and this action is dismissed with prejudice.

DATED: March 15, 2011

_____
HONORABLE JAMES V. SELNA
UNITED STATES DISTRICT JUDGE